UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No. 15-CR-121

ELIZABETH JOHNSON,

    Defendant.

## ORDER DENYING MOTION TO ADJOURN SENTENCING

Counsel for the defendant has filed a motion requesting that the sentencing in the above matter be adjourned to January of 2016. He indicates difficulties meeting with his client. The motion was filed two weeks before the sentencing and there appears to be no reason why counsel could not meet with his client to discuss sentencing in the two weeks between filing the motion and sentencing. Although his client is in school, there is no indication that she cannot travel to his office for a meeting when she is not in class. And further, any sentence imposed by the Court can take into consideration the interests of the defendant in completing her academic year. Accordingly, the motion is denied.

**SO ORDERED** this   18th   day of November, 2015.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court